1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8                                * * *

9   THEODORE HOOKS,                    )
                                       )
10                                     )
                   Plaintiff,          )
11                                     )        2:13-cv-001892-JCM-VCF
                                       )
12  vs.                                )
                                       )
13  DELTA AIR LINES, INC., et al.,     )        **ORDER**
                                       )
14                                     )
                   Defendants.         )
15  _____  )

16          Before the Court is Defendants' Third Motion to Reschedule Early Neutral Evaluation

17  Session.  Docket No. 19.  The Court finds this matter properly resolved without oral argument.  *See*

18  Local Rule 78-2.  For the reasons discussed below, the Court hereby **DENIES** Defendants' motion

19  to reschedule.

20          On April 4, 2014, the Court issued an order requiring the parties' Early Neutral Evaluation

21  (ENE) statements to be delivered to chambers no later than May 6, 2014.  Docket No. 15.  The Court

22  received an ENE statement from Defendants, but did not receive one from Plaintiff.  On May 8,

23  2014, the Court ordered Plaintiff to submit an ENE statement no later than May 12, 2014.  Docket

24  No. 17.  Plaintiff, again, failed to submit an ENE statement, and the Court vacated the ENE

25  conference as a result.  Docket No. 18.  On May 12, 2014, the Court ordered the parties to file a

26  stipulation, no later than May 19, 2014, providing five mutually agreeable dates for an ENE session.

27  Docket No. 18.  On May 19, 2014, Defendants filed the instant request to reschedule the ENE

28  session.  Docket No. 19.  Defendants represent that Plaintiff failed to respond to their attempts to

contact him regarding the submission of mutually-agreeable dates to the Court. *Id.*, at 2. At this time, considering the totality of the circumstances, the Court finds that it would not be productive to schedule an ENE session.

The Court hereby **DENIES** Defendants' Third Motion to Reschedule Early Neutral Evaluation Session (Docket No. 19).

**IT IS SO ORDERED.**

DATED: September 3, 2014


_____
NANCY J. KOPPE
United States Magistrate Judge